

Cardell Kai Williams
7937 19th Avenue
Sacramento, CA  95826
(916) 456-4353

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAME OF PLAINTIFF,                     ) Case No.:
                                       )
   Cardell Kai Williams, Pro Se        )
                                       ) 2:06 - CV - 0 9 4 4  LKK  GGH  PS
vs.                                    )
                                       )
NAME OF DEFENDANT(S),                  )
                                       )
   Sacramento Police Department:       )
                                       )
Ofc. Harrington (495) and Ofc. Nezik

(398) individually and as Officers of

the Sacramento Police Department.


Sacramento County DHHS

Child Protective Services


Superior Court of California

County of Sacramento, Dept. 130

(Sitting as the Juvenile Court)

---

(1). This is an action for damages brought pursuant to 42 U.S.C. §§ 1983 and

1988, and the First and Seventh Amendments to the United States Constitution, and

under the common law of the State of California, against Sacramento Police

- 1 -

Department, Ofc. Harrington (495) and Ofc. Nezik (398) acting as under-of-color-law.

Sacramento County DHHS Child Protective Services and the Superior Court of California. Jurisdiction is based on 28 U.S.C. §§ 1331 and 1343, and on the pendant jurisdiction of this Court to entertain claims arising under state law.

(2).I allege that on November 30, 2005 Ofc. Harrington (495) and Ofc. Nezik (398) did not perform their duty to investigate by placing handcuffs on me without probable cause as I was tied up by two attackers. As the officers questioned me, I informed the officers that the attackers had entered my home and attacked me with a gun. And I told my child (Cardell Williams II) to call 9-1-1. And the attackers unplugged the telephone line out of the wall to prohibit the call from being made. I struggled to get the gun from the attackers and my girlfriend tried to break up the struggle, which resulted in bruising to her lower extremities. The officers informed that I was being arrested for Domestic Violence, which was dropped by the District Attorney of the County of Sacramento. Then the officer told me that I needed to sign my children over to my girlfriend and I informed the officers that she (girlfriend) was not the mother of my children and that I was more comfortable with my children being released to my family. At that time the officer told me that "he didn't like seeing Black males raising white children". The officer then went on to state on the Protective Custody Order that I had family present at the time of the incident that could have took my children for me and that was completely false. And I believe the Officers and the Sacramento County DHHS, Child Protective Services, and the Sacramento Police Department are conspiring together to remove my children from my custody. The Superior Court of California, County of Sacramento Sitting as the Juvenile Court would not allow me to contest the allegations that were made about me, and had me removed from the court which violated my Freedom of Speech and Due Process.

(3). It is my request of the court that my children are returned to my custody immediately.

(4). I am requesting punitive monetary damages for the time off work that has been required of me for all the court proceedings that I have attended as this has caused a great hardship for family and myself. Not including the possibility of becoming unemployed.

(5). I believe that I am entitled to a trial by jury to ensure a fair hearing, which was previously denied by the acting Juvenile Court.

DATED: April 29, 2006

*Cardell Kai Williams*
Cardell Kai Williams
In Pro Se

- 3 -