IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARDELL KAI WILLIAMS,

     Plaintiff,                    CIV-S-06-0944 LKK GGH PS

     vs.

SACRAMENTO POLICE DEPARTMENT, et al.,

     Defendants.             ORDER

_____/

     Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). The application requires a statement of take-home salary or wages *and* the pay period. Plaintiff has merely listed one paycheck, dated April 21, 2006, in the amount of $428.00. It is impossible to determine what pay period this covers and whether this is the amount plaintiff receives every pay period. Therefore, plaintiff is directed to state the amount of his yearly take home wages, under penalty of perjury, on a new application, or pay the appropriate filing fee.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the

1

1  form provided by the Clerk of Court, including the amount of his yearly take home wages, or the

2  appropriate filing fee; plaintiff's failure to comply with this order will result in a

3  recommendation that this action be dismissed; and

4        2. The Clerk of the Court is directed to send plaintiff a new Application to

5  Proceed In Forma Pauperis.

6  DATED: 6/26/06

/s/ Gregory G. Hollows

7

GREGORY G. HOLLOWS
8                                  UNITED STATES MAGISTRATE JUDGE

9

GGH:076
10  Williams0944.ifp.wpd