Cardell Kai Williams
7937 19th Avenue
Sacramento, CA  95826
(916) 296-1877



**FILED**

JUN 28 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAME OF PLAINTIFF,                    ) Case No.:
                                      )
CARDELL KAI WILLIAMS, PRO SE          ) 2:06-CV-0944 LKK GGH
                                      )
    vs.                               )
                                      )
OFC. GUAGE (419) individually, and as )
                                      )
officer of the Sacramento Sheriff     )
                                      )
Dept.                                 )

Sacramento Sheriff Department /
Bailiff Division

(1.) This is an action for damages brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the First Amendment of the United States Constitution, and under the common law of the State of California, against Ofc. Guage (419) of the Sacramento Sheriff Department/Bailiffs Division acting as under-of color law.

(2). On May 2, 2006, in Superior Court California, Dept. 134. I asked Ofc. Guage (419) to serve the court with my complaint which was filed in the United States Federal Court Eastern Division. Ofc. Guage(419) told me to have the United States Marshall serve the court in a threatening manner.

(3). Further, I told her that Nicole Williams also present at the hearing

and had a warrant for her arrest. Ofc. Guage (419) then told me that she doesn't care and the Officer told me to mind my own business and that I had better be quiet unless I wanted to be "locked up". I was not speaking to the officer in a rude or threatening manner.

(4) At the end of the court proceedings, I got out of my chair and looked towards the door and Ofc. Guage (419) told me to stop "mad dogging" people and I told her that I was not "mad-dogging" anyone. Ofc. Guage (419) told me to "shut up". Then Ofc. Guage (419) called other officers to remove me from the court and escort me outside the building. I proceeded to question the other officers as to why this was happening and it was replied to me as the other officer stated to me that Ofc. Guage (419) was upset with me and that I made her angry for asking her to serve the complaint on the court.

(5). I feel that this clearly represents violation of my Constitutional and Civil rights by her removing me from the court house due to me asking her to serve the court my complaint documents. As to my knowledge the court house is a facility for use to the public, in which I was denied access.

(6). I spoke to Ofc. Guage's (419) superior officer and he informed me that he would only speak to Ofc. Guage (419) about her behavior and that no disciplinary action would occur. I am now afraid to even step one foot in the court, due to possible retalitory actions by Ofc. Guage (419) or fellow officer of the court.

(7). It is my request that this court do a full investigation on Bailiff court procedures. I am also requesting punitive monetary damages for Mental anguish and time off from work due to this situation.

(8). It is also my request to have a trial by jury to ensure a fair hearing.

DATED: May 13, 2006

_Cardell Kai Williams_
Cardell Kai Williams
In Pro Per