1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CARDELL KAI WILLIAMS,

11              Plaintiff,                    CIV-S-06-0944 LKK GGH PS

12         vs.

13    SACRAMENTO POLICE DEPARTMENT,
      et al.,
14              Defendants.              FINDINGS AND RECOMMENDATIONS

15    _____/

16              Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma

17    pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule

18    72-302(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted an affidavit in support of

19    the showing required by 28 U.S.C. § 1915(a)(1).

20              Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil

21    action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

22    commencement of an action "without prepayment of fees and costs or security therefor, by a

23    person who makes affidavit that he is unable to pay such costs or give security therefor."  28

24    U.S.C. § 1915(a)(1).  An in forma pauperis applicant must demonstrate that because of his

25    poverty, plaintiff cannot meet court costs and still provide himself and his dependents with the

26    necessities of life.

1

1        Because plaintiff's original application to proceed in forma pauperis did not

2  clearly state his income, plaintiff was directed to file another application.  His affidavit, filed July

3  3, 2006, demonstrates that he had an annual salary for calendar year 2005 of $40,320.  Plaintiff

4  has failed to demonstrate he has insufficient assets to pay the filing fee and costs and provide the

5  necessities of life for himself and his dependents.  See Alexander v. Carson Adult High Sch., 9

6  F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir.

7  1991) rev'd on other grounds, Rowland v. California Men's Colony, 506 U.S. 194, 113 S. Ct.

8  716 (1993); United States v. McQuade, 647 F.2d 938, 1940 (9th Cir. 1981) (per curiam);

9  Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994), aff'd in part, vacated in part, sub.

10  nom. Olivares v. Marshall, 59 F.3d 109 (9th Cir. 1995).  The court finds plaintiff has made an

11  inadequate showing of indigence.

12        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's application to

13  proceed in forma pauperis be DENIED, and plaintiff be given thirty days in which to pay the

14  filing fee of $350.00.

15        These findings and recommendations are submitted to the United States District

16  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten

17  (10) days after being served with these findings and recommendations, any party may file written

18  objections with the court and serve a copy on all parties.  Such a document should be captioned

19  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

20  shall be served and filed within ten (10) days after service of the objections.  The parties are

21  advised that failure to file objections within the specified time may waive the right to appeal the

22  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

23  DATED:  8/7/06

24                       /s/ Gregory G. Hollows

                                _____

25                       GREGORY G. HOLLOWS

                       U. S. MAGISTRATE JUDGE

26  GGH/076
    Williams0944.ifpden.wpd