1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARDELL KAI WILLIAMS,

11        Plaintiff,                    CIV-S-06-0944 LKK GGH PS

12        vs.

13   SACRAMENTO POLICE
     DEPT., et al.,

14
           Defendant.                   ORDER
15   _____/

16        On August 7, 2006, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  No objections were filed.

19        Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23        The court has reviewed the applicable legal standards and, good cause appearing,

24   concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

25   \\\\\

26   \\\\\

1

1        Accordingly, IT IS ORDERED that:

2            1.  The Proposed Findings and Recommendations filed August 7, 2006, are

3    ADOPTED; and

4            2.  Plaintiff's application to proceed in forma pauperis is DENIED, and plaintiff

5    shall pay the $350.00 filing fee within thirty days of the filed date of this order.

6    DATED: November 27, 2006.

7

8

9    _____
     LAWRENCE K. KARLTON
10   SENIOR JUDGE
     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26