IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARDELL KAI WILLIAMS,

    Plaintiff,      No. CIV S-06-0944 LKK GGH PS

  vs.

SAC. POLICE DEPT., et al.,

    Defendants.      <u>ORDER</u>

_____/

      By order filed November 28, 2006, plaintiff's application to proceed in forma pauperis was denied and plaintiff was directed to pay the $350.00 filing fee within thirty days. The thirty day period has now expired, and plaintiff has not filed the fee or otherwise responded to the court's order.

      IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED:  February 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1